**Order filed March 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00900-CV

### CITIGROUP GLOBAL MARKETS REALTY CORP., Appellant

V.

### STEWART TITLE GUARANTY COMPANY, Appellee

&

### No. 14-11-00901-CV

### K.R. PLAYA VI, S. DE R.L., DE C.V., APPELLANT

V.

### Stewart Title Guaranty Company, Appellee

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-03256**

---

## ORDER

Appellee seeks access to the sealed records filed in this appeal. Attorneys or their representatives for the parties in this appeal may check out the sealed records in this case.

PER CURIAM